NOV. 21. 2007 10:26AM  USMS ADMIN ELC    760 370 3845 TO AUSA    NO. 5265   P. 1
Case 2:07-mj-08942-PCL   Document 1   Filed 11/21/2007   Page 1 of 4   P.01/01

Arrest on Out-of-District Offense

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

### ARREST ON OUT-OF-DISTRICT OFFENSE

Magistrate Case Number: **07 MJ 8942**

The person charged as ___LOPEZ-AVILEZ, Luis Humberto___ now appears before this United States District Court for an initial appearance as a result of the following charges having been filed in the United States District Court for the _Eastern District of California with Title 21 United States Code, Section 846_ in violation of _Conspiracy to Possess with Intent to Distribute and Distribute Cocaine._

The charging documents and the warrant of the arrest of the defendant which was issued by the above United States District Court are attached hereto.

I hereby swear under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

DATED: ___11/21/2007___

FERNANDO ZAMUDIO, CIDUSM
_____
(Name)
Deputy United States Marshal

Reviewed and Approved:

Dated: ___11/21/07___

_____
Assistant United States Attorney

**FILED**
NOV 2 1 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

USA,

v.

LUIS HUMBERTO LOPEZ-AVILEZ,

**SEALED**

**WARRANT FOR ARREST**

RECEIVED
UNITED STATES MARSHAL
07 NOV -8 PM 4:08
EASTERN DISTRICT
OF CALIFORNIA

Case Number: 2:07-CR-00503-EJG
*SEALED*

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest     Luis Humberto Lopez-Avilez,

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☒ Indictment    ☐ Information    ☐ Violation Petition    ☐ Other _____

charging him or her with (brief description of offense)

**Conspiracy to Possess with Intent to Distribute and Distribute Cocaine**

in violation of Title   **21**     United States Code, Section(s)   **846**

L. Reader
Name of Issuing Officer

Signature of Issuing Officer

Deputy Clerk
Title of Issuing Officer

11/8/07     Sacramento
Date and Location

Bail fixed at   **$NO BAIL PENDING HEARING**    by   Judge Dale A. Drozd

---

### RETURN

This warrant was received and executed with the arrest of the above-named defendant _____

Date Received _____

Name and Title of Arresting Officer _____

Date of Arrest _____

Signature of Arresting Officer _____

```
 1 | McGREGOR W. SCOTT
   | United States Attorney
 2 | CAROLYN K. DELANEY
   | Assistant U.S. Attorney
 3 | 501 I Street, Suite 10-100
   | Sacramento, California 95814
 4 | Telephone: (916) 554-2798
```

SEALED

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

2:07-CR--503 EJG

| UNITED STATES OF AMERICA, | ) CR No. S. |
| Plaintiff, | ) |
| | ) VIOLATIONS: 21 U.S.C. §§ 846 |
| v. | ) and 841(a)(1) - Conspiracy to |
| | ) Possess with Intent to |
| LUIS HUMBERTO LOPEZ-AVILEZ, | ) Distribute and Distribute |
| aka "Temoc," | ) Cocaine; 21 U.S.C. § |
| | ) 841(a)(1) - Possession of |
| Defendant. | ) Cocaine with Intent to |
| | ) Distribute |

## INDICTMENT

**COUNT ONE:** [21 U.S.C. §§ 846 and 841(a)(1) - Conspiracy to Possess with Intent to Distribute and Distribute Cocaine]

The Grand Jury charges: T H A T

LUIS HUMBERTO LOPEZ-AVILEZ,
aka "Temoc,"

defendant herein, beginning at a time unknown to the Grand Jury, but no later than on or about February 22, 2006, and continuing to on or about April 28, 2006, in the Eastern, Central, and Northern Districts of California, and elsewhere, did knowingly and intentionally conspire with other persons known and unknown to the Grand Jury to possess with intent to distribute and

1 | distribute at least 5 kilograms of a mixture and substance
2 | containing a detectable amount of cocaine, to wit: 50 kilograms
3 | of cocaine, a Schedule II controlled substance, in violation of
4 | Title 21, United States Code, Sections 846 and 841(a)(1).
5 | COUNT TWO: [21 U.S.C. § 841(a)(1) – Possession of Cocaine
6 |            with Intent to Distribute]
7 |       The Grand Jury further charges:  T H A T
8 |            LUIS HUMBERTO LOPEZ-AVILEZ,
                      aka "Temoc,"
9 | defendant herein, between on or about April 20, 2006, and on or
10 | about April 28, 2006, in the Eastern, Central, and Northern
11 | Districts of California, and elsewhere, knowingly and
12 | intentionally possessed with intent to distribute at least 5
13 | kilograms of a mixture and substance containing a detectable
14 | amount of cocaine, to wit: 25 kilograms of cocaine, a Schedule II
15 | controlled substance, in violation of Title 21, United States
16 | Code, Section 841(a)(1).

                                    A TRUE BILL.

                                    /s/ Signature on file w/AUSA
                                    _____
                                          FOREPERSON

*[signature]*
McGREGOR W. SCOTT
United States Attorney

2