1  **DIANE M. REGAN**
   California State Bar No. 207027
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, CA 92101-5008
   (619) 234-8467/Fax: (619) 687-2666
4  E-Mail: diane_regan@fd.org

5  Attorneys for Luis Humberto Lopez-Avilez

6

7

8                       UNITED STATES DISTRICT COURT

9                      SOUTHERN DISTRICT OF CALIFORNIA

10                       **(HONORABLE PETER C. LEWIS)**

11 UNITED STATES OF AMERICA,           )   Case No. 07MJ8942
                                       )
12              Plaintiff,              )
                                       )
13 v.                                   )   **CERTIFICATE OF SERVICE**
                                       )
14 LUIS HUMBERTO LOPEZ-AVILEZ,         )
                                       )
15              Defendant.             )
   _____)
16

17     Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her

18 information and belief, and that a copy of the foregoing document has been served this day upon:

19                         U.S. Attorney CR
                        Efile.dkt.gc2@usdoj.gov
20

21                                         Respectfully submitted,

22

23 DATED:     November 26, 2007           /s/ Diane M. Regan
                                         **DIANE M. REGAN**
24                                        Federal Defenders of San Diego, Inc.
                                         Attorneys for Luis Humberto Lopez-Avilez
25

26

27

28